# DEPARTMENT OF THE TREASURY
## WASHINGTON, D.C. 20220

**MEMORANDUM FOR R. RICHARD NEWCOMB, DIRECTOR**
**OFFICE OF FOREIGN ASSETS CONTROL**

**THROUGH:** BETSY SUE SCOTT 
Chief, Civil Penalties

**FROM:** ▮▮▮▮▮▮▮▮▮▮  `b7c`
Intern, Civil Penalties

**SUBJECT:** PROPOSED SETTLEMENT BY HSBC BANK USA
FOR ALL CURRENTLY OUTSTANDING OFAC CIVIL PENALTIES

**DATE:** August 6, 2001

HSBC Bank USA ("HSBC") has offered to settle all of its currently outstanding civil penalty violations in one global settlement.

**Violations:** The first violation stems from HSBC processing a funds transfer referencing a Cuban Specially Designated National ("SDN") vessel. The second violation concerns HSBC's processing of two funds transfers initiated by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ a SDN of Iraq. `b4` The third violation, HSBC self-disclosed the processing of a funds transfer intended for a Libyan SDN. The fourth violation is the processing of a commercial payment destined for Khartoum, Sudan.

| Date of Violation | Amount | Program | Proposed CMP | Counter Offer | Date PPN Issued |
|---|---|---|---|---|---|
| 07/30/98 | $14,380.00 | Sudan | ▮ | ▮ | Not issued |
| 03/23/00 | $539,377.21 | Cuba | ▮ | ▮ | Not issued |
| 05/21/00 & 05/24/00 | $500,407.40 & $10,922.02 | Iraq | ▮ | ▮ | Not issued |
| 08/18/00 | $31,434.51 | Libya | ▮ | ▮ | Not issued |
|  |  | Total | ▮ | $163,314.90 |  |

`b5`

**Settlement Offer:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ `b5`

**Mitigating factor(s)/Other Administrative Considerations:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ `b5`

▮▮▮▮▮▮ `b5`      ▮▮▮▮ `b5`


# HOUSEHOLD

DATE          8/11/2004
PAGE          1
LOAN NUMBER   2935534

MORTGAGOR MAILING ADDRESS
GEORGE MCCARLEY

211 CHESTNUT ST

ROANOKE AL 36274
PROPERTY ADDRESS
211 CHESTNUT ST

ROANOKE AL 36274

| PAYMENT INFORMATION | | ORIGINAL INFORMATION | | YEAR-TO-DATE | |
|---|---|---|---|---|---|
| P&I PAYMENT | 290.51 | ORIG BAL | 26,400.00 | INT PAID | 0.00 |
| ESCROW | 0.00 | ORIGINAL RATE | 11.990 | NEG AMORT | 0.00 |
| OPTIONAL INS | 0.00 | LOAN TERM | 240 | TAX PAID | 0.00 |
| BUYDOWN | 0.00 | FIRST DUE DATE | 06/05/00 | INT ON ESCROW | 0.00 |
| ASSISTANCE AMT | 0.00 | LOAN TYPE | CONV | | |
| ANCILLARY | 25.13 | CURRENT RATE | 11.990 | | |
| TOTAL PAYMENT | 315.64 | | | UNCOLLECTED BALANCES | |
| UNAPL FUNDS | 0.00 | NEXT DUE DATE | 11/05/02 | LATE CHARGES | 14.53 |
| | | PAID TO DATE | 10/05/02 | FEES | 4,262.30 |
| | | | | INTEREST | 0.00 |

### DETAIL BY TRANSACTION

| EFF DATE | TOTAL AMT | PRIN AMT | ESCROW AMT | FEE AMT | DESCRIPTION |
| PD TO DT | UNAPPLIED AMT | INT AMT | OPT AMT | LT CHG | PRIN BAL AFT |
|---|---|---|---|---|---|
| 09/04/01 | 290.51 | 29.82 | 0.00 | 0.00 | REG PAYMENT |
| 08/01 | 0.00 | 260.69 | 0.00 | 0.00 | 26061.02 |
| 10/01/01 | 290.51 | 30.12 | 0.00 | 0.00 | REG PAYMENT |
| 09/01 | 0.00 | 260.39 | 0.00 | 0.00 | 26030.90 |
| 10/15/01 | 290.51 | 30.42 | 0.00 | 0.00 | REG PAYMENT |
| 10/01 | 0.00 | 260.09 | 0.00 | 0.00 | 26000.48 |
| 11/08/01 | -536.00 | 0.00 | -536.00 | 0.00 | |
| 08/01 | 0.00 | 0.00 | 0.00 | 0.00 | 26000.48 |
| 11/29/01 | 290.51 | 30.72 | 0.00 | 0.00 | REG PAYMENT |
| 11/01 | 0.00 | 259.79 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |

| Date | Col2 | Col3 | Col4 | Col5 | Description |
|---|---|---|---|---|---|
| 01/28/02 | 335.18 | 31.03 | 44.67 | 0.00 | REG PAYMENT |
| 12/01 | 0.00 | 259.48 | 0.00 | 0.00 | 25938.73 |
| 01/28/02 | -335.18 | 0.00 | 0.00 | 0.00 | |
| 12/01 | -335.18 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 01/28/02 | -335.18 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 12/01 | -335.18 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 01/28/02 | 290.51 | 0.00 | 0.00 | 0.00 | |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 01/28/02 | 290.51 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 02/28/02 | -245.84 | 0.00 | 0.00 | 0.00 | |
| 01/02 | -245.84 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 02/28/02 | 89.34 | 31.34 | 44.67 | 0.00 | REG PAYMENT |
| 01/02 | -245.84 | 259.17 | 0.00 | 0.00 | 25907.39 |
| 04/19/02 | 536.35 | 31.65 | 44.67 | 0.00 | REG PAYMENT |
| 02/02 | 201.17 | 258.86 | 0.00 | 0.00 | 25875.74 |
| 04/19/02 | 335.18 | 31.97 | 44.67 | 0.00 | REG PAYMENT |
| 03/02 | 0.00 | 258.54 | 0.00 | 0.00 | 25843.77 |
| 04/26/02 | -536.35 | -31.65 | -44.67 | 0.00 | REVERSAL |
| 01/02 | -201.17 | -258.86 | 0.00 | 0.00 | 25875.42 |
| 04/26/02 | -335.18 | -31.97 | -44.67 | 0.00 | REVERSAL |
| 02/02 | 0.00 | -258.54 | 0.00 | 0.00 | 25907.39 |
| 05/14/02 | 145.00 | 0.00 | 145.00 | 0.00 | |
| 02/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25907.39 |
| 07/05/02 | 190.64 | 0.00 | 0.00 | 0.00 | |
| 02/02 | 190.64 | 0.00 | 0.00 | 0.00 | 25907.39 |
| 07/05/02 | 506.28 | 31.65 | 25.13 | 0.00 | REG PAYMENT |
| 02/02 | 190.64 | 258.86 | 0.00 | 0.00 | 25875.74 |
| 07/12/02 | 0.00 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 08/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25875.74 |
| 08/12/02 | 460.94 | 31.97 | 25.13 | 0.00 | REG PAYMENT |
| 08/02 | 0.00 | 258.54 | 0.00 | 145.30 | 25843.77 |
| 08/12/02 | -490.64 | 0.00 | 0.00 | 0.00 | |
| 08/02 | -490.64 | 0.00 | 0.00 | 0.00 | 25843.77 |
| 08/12/02 | -490.64 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 08/02 | -490.64 | 0.00 | 0.00 | 0.00 | 25843.77 |
| 08/12/02 | 300.00 | 0.00 | 0.00 | 0.00 | |
| 08/02 | 300.00 | 0.00 | 0.00 | 0.00 | 25843.77 |
| 08/12/02 | 300.00 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 08/02 | 300.00 | 0.00 | 0.00 | 0.00 | 25843.77 |
| 08/12/02 | 300.00 | 32.29 | 9.49 | 0.00 | REG PAYMENT |
| 09/02 | 0.00 | 258.22 | 0.00 | 0.00 | 25811.48 |
| 12/26/02 | 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES |
| 10/02 | 0.00 | 0.00 | 0.00 | -14.52 | 0.00 |
| 12/26/02 | 290.51 | 0.00 | 0.00 | 0.00 | REG PAYMENT |
| 10/02 | 0.00 | 290.51 | 0.00 | 0.00 | 25811.48 |
| 12/26/02 | 25.13 | 0.00 | 0.00 | 25.13 | FEE POSTING |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 01/10/03 | 312.00 | 0.00 | 0.00 | 312.00 | FEE BILLING |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 05/22/03 | 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES |
| 10/02 | 0.00 | 0.00 | 0.00 | -101.64 | 0.00 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 05/22/03 | 0.00 | 0.00 | 0.00 | 0.00 | ADMIN ADJUST | |
| 10/02 | 0.00 | 0.00 | 0.00 | -101.64 | | 25811.48 |
| 06/03/03 | 1112.20 | 0.00 | 0.00 | 1112.20 | FEE BILLING | |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 06/06/03 | 130.00 | 0.00 | 0.00 | 130.00 | FEE BILLING | |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 07/25/03 | 150.00 | 0.00 | 0.00 | 150.00 | FEE BILLING | |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 09/16/03 | 266.00 | 0.00 | 0.00 | 266.00 | FEE BILLING | |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 09/23/03 | 475.00 | 0.00 | 0.00 | 475.00 | FEE BILLING | |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 09/24/03 | 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES | |
| 10/02 | 0.00 | 0.00 | 0.00 | 101.64 | | 0.00 |
| 09/24/03 | 0.00 | 0.00 | 0.00 | 0.00 | ADMIN ADJUST | |
| 10/02 | 0.00 | 0.00 | 0.00 | 101.64 | | 25811.48 |
| 01/21/04 | 0.00 | 0.00 | 0.00 | 0.00 | ADMIN ADJUST | |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 01/21/04 | 0.00 | 0.00 | 0.00 | 0.00 | WRITEOFF F/C | |
| 10/02 | 0.00 | 1038.27 | 0.00 | 0.00 | | 25811.48 |
| 01/21/04 | 0.00 | 8352.52 | 0.00 | 0.00 | WRITEOFF F/C | |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 17458.96 |
| 02/16/04 | 87.02 | 0.00 | 0.00 | 87.02 | FEE BILLING | |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 17458.96 |
| 02/24/04 | 1166.00 | 0.00 | 0.00 | 1166.00 | FEE BILLING | |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 17458.96 |
| 07/23/04 | 127.00 | 0.00 | 0.00 | 127.00 | FEE POSTING | |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 17458.96 |

APPENDIX B-3