IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv93-MHT |
| ) | |
| HOUSEHOLD FINANCE ) | |
| CORPORATION III, ) | |
| ) | |
|    Defendant. ) | |

**ORDER**

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to United States Magistrate Judge Vanzetta Penn McPherson for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 3rd day of February, 2006.

                                          /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE