IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. MCCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06CV93-MHT |
| | ) | |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION III | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The court has granted the plaintiff's Motion For In Forma Pauperis. In a separate order, the court directed the plaintiff to file an Amended Complaint on or before 17 February 2006. For the reasons stated in the latter order, and for good cause, it is ORDERED as follows:

1. The Clerk of the court is DIRECTED to refrain from serving the complaint until further order of the court.

2. The plaintiff shall appear for a status conference on his amended claims on 3 March 2006 at 2:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. At the conference, the plaintiff shall be prepared to explain his claims with specificity and state the relief he requests.

DONE this 6th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE